# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNEE C. COLE,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-00928-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 4) |

On June 22, 2015, the Court denied Plaintiff Jeannee Cole's motion to proceed *in forma pauperis* because she failed to provide complete information regarding her financial situation. Plaintiff was ordered to pay the filing fee or re-file a completed application. By motion filed August 4, 2015, Plaintiff again seeks to proceed *in forma pauperis*. This time, Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

Dated:  **August 5, 2015**            /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE