PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, 8th Floor
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Jeannee C. Cole, | ) Civil No. 15-cv-00928-SMS |
|     Plaintiff | ) |
| | ) **STIPULATION AND ORDER** |
|     v. | ) **EXTENDING TIME FOR** |
| | ) **DEFENDANT TO FILE HIS BRIEF** |
| Carolyn Colvin, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant | ) |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to August 15, 2016, to file his brief. This extension is requested because Defendant's counsel has a very heavy workload including pending discovery in two employment cases.

Respectfully submitted,

/s/ Robert Weems *
ROBERT WEEMS
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: July 11, 2016   By /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **July 13, 2016**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2