PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, 8th Floor
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Jeannee C. Cole, ) | Civil No. 15-cv-00928-SMS |
| ) | |
| Plaintiff ) | |
| ) | **SECOND STIPULATION AND** |
| v. ) | **ORDER EXTENDING TIME FOR** |
| ) | **DEFENDANT TO FILE HER BRIEF** |
| Carolyn Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an additional 10-day extension of time, up to August 25, 2016, to file her brief. This extension is requested because Defendant's counsel has a very heavy workload. In addition to a number of transcript litigation briefs on the merits and two employment cases at the discovery stage, Defendant's counsel has been assigned a third

1

employment case set for a hearing in September, with detailed pre-hearing submissions and other related matters due this month.  Defendant's counsel is unable to reassign any of his matters to another attorney in the office.

                                          Respectfully submitted,

                                          /s/ Robert Weems *
                                          ROBERT WEEMS
                                          PLAINTIFF'S ATTORNEY
                                          * by Armand Roth by email authorization

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney
                                          DEBORAH L. STACHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

Dated: August 15, 2016                     By /s/ Armand D. Roth
                                          ARMAND D. ROTH)
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                          ORDER

IT IS SO ORDERED.

   Dated:  **August 15, 2016**                    **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE