PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, 8th Floor
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Jeannee C. Cole, | ) Civil No. 15-cv-00928-SMS |
|     Plaintiff | ) |
|     v. | ) **STIPULATION AND ORDER** |
| | ) **ACCEPTING DEFENDANT'S LATE** |
| Carolyn Colvin, | ) **FILING** |
| Acting Commissioner of Social Security, | ) |
|     Defendant | ) |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Court should excuse the late filing of Defendant's brief as the delay was due to Defendant's counsel's illness.

                                            Respectfully submitted,

/s/ Robert Weems *
ROBERT WEEMS
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: August 26, 2016           By /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **August 26, 2016**           **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE